IN THE

TENTH COURT OF
APPEALS




 
 
 
 
 
 
 


 



No. 10-05-00009-CV

 

In the Matter of the Estate 

of O.D. Wingfield Deceased,

                                                                      Appellant

 

 



From the County Court

Leon County, Texas

Trial Court # 5289

 



MEMORANDUM 
Opinion



 

On March 15, 2005, after receiving a settlement agreement that
appeared to resolve all of the issues in this appeal, we sent a letter to the
parties stating that “the appeal will be dismissed as moot unless, within
fourteen (14) days after the date of this letter, grounds are shown for
continuing the appeal.”  No response has
been received.  Thus, the cause is
dismissed as moot.

 

 

PER CURIAM

 

Before Chief Justice Gray,

          Justice Vance, and

          Justice Reyna

(Chief Justice Gray dissents for the reasons expressed in his
“Dissenting Opinion to Order Lifting Stay” issued in this cause on March 2, 2005.)

Appeal dismissed

Opinion delivered and filed April
 20, 2005

[CV06]